■ In the Matter of JOHN MIR, Petitioner, v. FRANK ROGERS et al., Respondents. — Application for a writ of prohibition unanimously denied and the petition dismissed, without costs and without disbursements. An article 78 proceeding does not lie. No opinion. Concur — Stevens, P. J., McGivern, Markewich, Tilzer and Capozzoli, JJ.